IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CHRIS BATTLE,

      Plaintiff,                      No. CIV S-03-0852 LKK DAD P

    vs.

D.L. RUNNELS, et al.,

      Defendants.            ORDER

_____/

        Plaintiff is a state prisoner proceeding pro se with this action. Before the court is plaintiff's request for a further extension of time to file objections to the findings and recommendations issued on July 25, 2005.

        The parties were initially granted twenty days to file any objections to the findings and recommendations. Pursuant to Rules 5 and 6 of the Federal Rules of Civil Procedure and the mailbox rule that applies to prisoners, plaintiff was required to deliver his objections to prison officials for mailing on or before August 17, 2005. On August 24, 2005, plaintiff was granted twenty additional days from the date on which the objections were originally due. Plaintiff was required to place his objections in the mail on or before September 6, 2005, and was advised that no further extension of time would be granted for this purpose.

/////

1

When a magistrate judge files findings and recommendations, all parties are entitled to ten days in which to file written objections to the findings and recommendations. 28 U.S.C. § 636(b)(1)(B). In civil cases in which the plaintiff is a prisoner proceeding pro se, it is the practice of this court to double the time permitted for filing objections. If objections are filed, the district judge is required to make a de novo determination of the specified findings or recommendations to which objection is made. Id.

In the present case, the statutory period for filing objections has been quadrupled for plaintiff. Despite a forty-day period in which to specify the findings or recommendations to which he objects, plaintiff has not done so. Nor has he demonstrated that he can do so within a reasonable time. Plaintiff's request for a further extension of time will therefore be denied, and the July 25, 2005 findings and recommendations will be forwarded to the district judge at this time. In the interests of justice, the undersigned will suggest that plaintiff's filings on August 19, 2005, and September 12, 2005, be deemed objections and that a de novo determination be made as to all findings and recommendations.

IT IS HEREBY ORDERED that:

1. Plaintiff's September 12, 2005 request for extension of time is denied; and

2. The findings and recommendations filed July 25, 2005, are submitted to the district judge with the suggestion that plaintiff's filings on August 19, 2005, and September 12, 2005, be deemed objections and that a de novo determination be made as to the findings and recommendations.

DATED: September 14, 2005.

/s/ Dale A. Drozd
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:13
batt0852.eotobjsden

2