IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CHRIS BATTLE,

     Plaintiff,                      No. CIV S-03-0852 LKK DAD P

    vs.

D.L. RUNNELS, et al.,

     Defendants.          <u>ORDER</u>

_____/

        Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

        On July 25, 2005, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within twenty days. On August 24, 2005, the magistrate judge granted plaintiff an extension of time to September 6, 2005, to place his objections in the mail to the court and defendants' counsel. Plaintiff's September 12, 2005 request for a further extension of time was denied by the magistrate judge in an order filed September 14, 2005.

/////

1

1         The court deems the documents filed by plaintiff on August 19, 2005, and
2 September 12, 2005, to be objections to the magistrate judge's findings and recommendations.
3 In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 72-304, this court
4 has conducted a <u>de novo</u> review of this case. Having carefully reviewed the entire file, the court
5 finds the findings and recommendations to be supported by the record and by proper analysis.
6         Accordingly, IT IS HEREBY ORDERED that:
7         1. The findings and recommendations filed July 25, 2005, are adopted in full;
8         2. Defendants' October 20, 2004 motion for summary judgment is granted; and
9         3. This action is dismissed.
10 DATED: September 19, 2005.

                                                /s/Lawrence K. Karlton
                                                UNITED STATES DISTRICT JUDGE

/batt0852.805